BEFORE THE SECOND DIVISION, OCTOBER 7, 1948

**No. 52594.**—Hahn Dep't Stores Purch. Corp. et al. *v.* United States, protests 589104–G, etc. (New York).

Opinion by RAO, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.